FILED
October 30, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Tyler Martin_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO. SA-18-CR-00064-OLG-1 |
| § | |
| PAUL FLORES § | |

## ORDER

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed August 16, 2023, concerning Defendant Paul Flores's Motion to Dismiss the Indictment. (*See* R&R, Dkt. No. 34.) A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file written objections within fourteen days. 28 U.S.C. § 636(b)(1). Flores, through counsel, was electronically served with a copy of the R&R on August 16, 2023, and timely filed his objections on August 28, 2023 (*see* Dkt. No. 37).

When a party objects to a Magistrate Judge's R&R, the Court conducts a de novo review as to those portions of the report or recommendations to which an objection is made. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); *U.S. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Com'n*, 834 F.2d 419, 421 (5th Cir. 1987). Any portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court has reviewed the entirety of the R&R de novo and agrees with the Magistrate Judge's findings and recommendation. Accordingly, the Court **ACCEPTS** the Magistrate Judge's R&R (Dkt. No. 34) and, for the reasons set forth therein, Defendant Paul Flores's Motion to Dismiss (Dkt. No. 29) is **DENIED**.

It is so **ORDERED**.

**SIGNED** this 30 day of October, 2023.

ORLANDO L. GARCIA
United States District Judge